

RECD 12 AUG '11 0948 USDC-ORP

DWIGHT C. HOLTON, OSB# 09054
United States Attorney
District of Oregon
**STEPHEN F. PEIFER, OSB# 74252**
Assistant U.S. Attorney
steve.peifer@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
    Attorneys for United States of America

FILED
AUG 1 2 2011

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **00-CR-297-KI** |
| v. | **ORDER FOR EXAMINATION OF DEFENDANT UNDER 18 U.S.C § 4244(b) TO DETERMINE PRESENT MENTAL CONDITION, AND COMMITMENT ORDER; FINDINGS OF FACT ON VIOLATION OF SUPERVISED RELEASE** |
| **JOHN ANTHONY KAMPERT II,** | |
| **Defendant.** | |

On August 10, 2011, this case came before the court for a hearing on violation of

supervised release and on defendant's unopposed motion for evaluation prior to sentencing

pursuant to 18 U.S.C. § 4244.  Defendant was personally present in the custody of the U.S.

Marshal, along with his attorney, Assistant Federal Public Defender T. J. Hester, Assistant

United States Attorney Stephen F. Peifer, and U.S. Probation Officer Darryl J. Weidner.

After receiving the submissions and statements of the parties and being fully advised in

the premises, the court hereby FINDS:

1.    Defendant has admitted, and the court FINDS, violation of the terms of supervised

release in the following respects: commission of a new law violation (possession of heroin),

failure to report to the probation officer as directed and failure to submit a written report within

the first five days of each month, failure to notify the probation officer within 72 hours of any

change in residence, failure to refrain from excessive alcohol use and the use of controlled

substances and failure to submit to drug testing, failure to notify probation officer of police

contact within 72 hours, knowing association with persons engaged in criminal activity, and

failure to participate in a mental health treatment program approved by the probation officer.

2. Defendant has presented information indicating that he may presently be suffering

from a mental disease or defect for the treatment of which he may be in need of custody for care

or treatment in a suitable facility, and the court so FINDS.

3. Prior to a hearing on the question of defendant's present mental condition and in

preparation for sentencing in this case, the court is in need of a psychiatric and/or psychological

examination and report by the Bureau of Prisons.

The court therefore ORDERS:

1. Pursuant to 18 U.S.C. §§ 4244(b) and 4247(b), defendant is committed to the

custody of the attorney general for a reasonable period, but not to exceed 30 days, for a

psychological and/or psychiatric examination to determine if defendant may presently be

suffering from a mental disease or defect for the treatment of which he is in need of custody for

care or treatment in a suitable facility, and the Bureau of Prisons shall prepare and file with the

court a psychiatric and/or psychological report pursuant to 18 U.S.C. § 4247(c).

2. Pursuant to 18 U.S.C. § 4244(b), if the report includes an opinion by the

examiners that defendant is presently suffering from a mental disease or defect but that it is not

such as to require his custody for care or treatment in a suitable facility, the report shall also

**Page 2 - ORDER FOR EXAMINATION OF DEFENDANT UNDER 18 U.S.C § 4244(b)TO DETERMINE
PRESENT MENTAL CONDITION, AND COMMITMENT ORDER;; FINDINGS OF FACT ON
VIOLATION OF SUPERVISED RELEASE**

include an opinion by the examiners concerning the sentencing alternatives that could best accord defendant the kind of treatment he does need.

3.    Pursuant to 18 U.S.C. §4247(c)(4)(E), if the report includes an opinion by the examiners that defendant is presently suffering from a mental disease or effect that requires custody for care or treatment in a suitable facility, the report shall also include suggestions as to appropriate available facilities and any steps the court might take to expedite the commencement of such treatment.

4.    Pursuant to 18 U.S.C. §4247(c)(4)(F), the report should include any recommendation the examiners may have as to how the mental condition of the defendant should affect the sentence.

IT IS FURTHER ORDERED that the U.S. Marshal shall transport defendant to a facility designated by the Bureau of Prisons for the purpose of conducting the required examination.

IT IS SO ORDERED this 12 day of August 2011.

_____
THE HONORABLE GARR M. KING
UNITED STATES DISTRICT JUDGE


Presented by:

DWIGHT C. HOLTON
United States Attorney
District of Oregon

STEPHEN F. PEIFER, OSB# 74252
Assistant United States Attorney


**Page 3 - ORDER FOR EXAMINATION OF DEFENDANT UNDER 18 U.S.C § 4244(b)TO DETERMINE PRESENT MENTAL CONDITION, AND COMMITMENT ORDER;; FINDINGS OF FACT ON VIOLATION OF SUPERVISED RELEASE**